ALVIN K. HELLERSTEIN<br>
UNITED STATES DISTRICT JUDGE<br>
UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF NEW YORK<br>
500 PEARL STREET<br>
NEW YORK, NY 10007-1581<br>
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy         Date: 3/24/2020
      by Order of Judge Alvin K. Hellerstein

38-34 West 33rd Street LLC v. Travelers Property Casualty Company of America – 19 Civ. 8970 (AKH)

The status conf previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for a status.

      Date : June 26 , 2020
      Time: 10:00 am
      Place: U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

                So Ordered,

                _____/s/_____

                **Alvin K. Hellerstein**
                   **United States District Judge**