UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                             :

38-46 West 33rd Street LLC,                :

        Plaintiff,                :        **ORDER**

   -against-                :        19 Civ.8970(AKH)

Travelers Property Casualty Company of  :
America,                                                      :
        Defendant.            :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a telephone conference on Friday, June 26, 2020 at 10:30 a.m., which status will be held via the following call-in-number:

        Call-in number 888-363-4749         Access code 7518680

To ensure that the conference proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

        Finally, no later than Thursday, June 25, 2020 at 12:00 p.m., the parties shall jointly submit to the Court (via email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephone conference.

        SO ORDERED.

Dated:       New York, New York
                 June 25, 2020

                                                              _____/s/_____
                                                               ALVIN K. HELLERSTEIN
                                                               United States District Judge