UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
38-46 WEST 33RD STREET LLC,                      :
                                                 :
                                                 :     **ORDER REGULATING**
                                                 :     **PROCEEDINGS**
                            Plaintiff,           :
                                                 :     19 Civ. 8970  (AKH)
          -against-                              :
                                                 :
                                                 :
                                                 :
TRAVELERS PROPERTY CASUALTY                      :
COMPANY OF AMERICA,                              :
                                                 :
                            Defendant.
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 16, 2020, I held a telephonic status conference in the above-captioned

matter.  As discussed at the conference, this matter shall proceed as follows:

        1.  On or before November 6, 2020, the parties shall file their respective motions
            for summary judgment.  Opposition papers will be due by November 20,
            2020, and replies will be due by December 1, 2020.

        2.  There will be no adjournments.


        SO ORDERED.

Dated:      October 16, 2020              _____/s/ Alvin K. Hellerstein_____
            New York, New York              ALVIN K. HELLERSTEIN
                                            United States District Judge