UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                            :
38-46 WEST 33RD STREET LLC,               :
                                                            : **ORDER**
                            Plaintiff,     :
         v.                                            : 19 Civ. 8970 (AKH)
                                                            :
TRAVELERS PROPERTY CASUALTY      :
COMPANY OF AMERICA,                   :
                                                            :
                             Defendant.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 28, 2021, a suggestion of settlement having been made, I issued an order dismissing this case. *See* ECF No. 40. The parties notified the Court that they were unable to reach a settlement, causing the Court to reinstate the matter on January 28, 2021. *See* ECF No. 46. The parties have again suggested settlement; therefore, this case is again dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:     March 5, 2021                                        /s/ Alvin K. Hellerstein
              New York, New York                       ALVIN K. HELLERSTEIN
                                                           United States District Judge